# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAMIAN HALL,<br><br>    Petitioner,<br><br>vs.<br><br>MR. BACA, *et al.*,<br><br>    Respondents. | Case No. 3:14-cv-00613-RCJ-WGC<br><br>**ORDER** |

A Nevada prisoner, Damian Hall, has submitted an application to proceed *in forma pauperis* (ECF #1) and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF #1-1). Petitioner's application to proceed *in forma pauperis* shall be granted.

Petitioner has also submitted a motion for appointment of counsel (ECF #1-2). There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993). The decision to appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984). However, counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is a person of such limited education as to be incapable of fairly presenting his claims. *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970). Here, the manner in which petitioner has

attempted to complete the form petition suggests that he does not comprehend what information he is required to supply (*see*, *e.g.*, ECF #1-1, p. 3 - under Ground 1 petitioner has listed the counts to which he pleaded guilty, with no other information). Additionally, petitioner has alleged that he suffers from mental illness and has included a medical kite that reflects that he takes several medications for his schizophrenia (ECF #3). Finally, petitioner appears to be serving a term of ten years to life, with a consecutive term of eight to twenty years, and a consecutive term of four to ten years. Accordingly, petitioner's motion for appointment of counsel is granted.

**IT THEREFORE IS ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF # 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk **DETACH** and **FILE** the petition (ECF #1-1).

**IT IS FURTHER ORDERED** that the Clerk **DETACH** and **FILE** petitioner's motion for appointment of counsel (ECF #1-2).

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF #1-2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Federal Public Defender for the District of Nevada ("FPD") is appointed to represent petitioner.

**IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the FPD a copy of this order, together with a copy of the petition for writ of habeas corpus (ECF #1-1). The FPD shall have thirty (30) days from the date of entry of this order to file a notice of appearance or to indicate to the court its inability to represent petitioner in these proceedings.

**IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner in this case, the court will issue a scheduling order, which will, among other things, set a deadline for the filing of a first amended petition.

DATED: This 11th day of February, 2015

_____
UNITED STATES DISTRICT JUDGE