# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAMIAN HALL,

    Petitioner,

vs.

MR. BACA, *et al.*,

    Respondents.

Case No. 3:14-cv-00613-RCJ-WGC

**ORDER**

    This habeas matter is before the court on motions by both petitioner and respondents. Having reviewed the motions and good cause appearing,

    **IT IS ORDERED** that petitioner's motion for leave to file exhibits under seal (ECF No. 13) is **GRANTED**.

    **IT IS FURTHER ORDERED** that respondents' motion for extension of time to respond to the petition (ECF No. 15) is **GRANTED**. Respondents shall have until up to and including **thirty (30) days** from entry of this order to file their response to the petition.

    DATED: This 9th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE